BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
DANIEL BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bhinkle@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>ZOLMAN CONSTRUCTION AND DEVELOPMENT, INC., a California Corporation,<br><br>Defendant. | No. 12-cv-05658-JSW<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANGEMENT CONFERENCE;** ~~(PROPOSED)~~ **ORDER** |

**TO: THE CLERK OF THE COURT AND DEFENDANT ZOLMAN CONSTRUCTION AND DEVELOPMENT, INC., A California Corporation:**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case Management Conference, currently scheduled for March 1, 2013 at 1:30 p.m., be continued for ninety days to allow the parties to resolve this matter informally.

---

1

EX PARTE APPLICATION TO CONTINUE CMC; [~~PROPOSED~~] ORDER
CASE NO. 12-cv-05658-JSW

Plaintiffs filed the Complaint seeking an audit and unpaid contribution on November 5, 2012. Defendant was served by substituted service on November 14, 2012, for which proofs of service were filed with this Court on November 27, 2012. Although Defendant has not filed an Answer or other responsive pleading in this matter, Defendant has been communicating with Plaintiffs and has agreed to schedule an audit. The audit of Defendant's books and records is scheduled for March 11, 2013. Following the audit, the parties hope to fully resolve all of the issues in this matter without need for further proceedings. Given these facts, Plaintiffs request that the Case Management Conference be continued for ninety days in order to allow Plaintiffs to conduct the audit of Defendant's books and records, and for the parties to resolve any other issues.

The above stated facts are set forth in the accompanying Declaration of Daniel S. Brome in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated: February 21, 2013

    WEINBERG, ROGER & ROSENFELD
    A Professional Corporation

    By: /s/ *Daniel S. Brome*
    DANIEL S. BROME
    Attorneys for Plaintiffs

## [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Daniel S. Brome in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the Case Management Conference ~~for 90 days, or as soon thereafter as a court date is available. In addition, the Court orders:~~ May 31, 2013 at 1:30 p.m.

Dated: February 22, 2013

    /s/ Jeffrey S. White
    HONORABLE JEFFREY S. WHITE
    United States District Judge

131433/705054

2

EX PARTE APPLICATION TO CONTINUE CMC; [~~PROPOSED~~] ORDER
CASE NO. 12-cv-05658-JSW

# PROOF OF SERVICE
## (CCP §1013)

I am a citizen of the United States and resident of the State of California. I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On February 21, 2013, I served the following documents in the manner described below:

**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER**

- ☑ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Alameda, California.

- ☐ **(BY MESSENGER SERVICE)** by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

- ☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

- ☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by United Parcel Service for overnight delivery.

- ☐ **(BY ELECTRONIC SERVICE)** By electronically mailing a true and correct copy through Weinberg, Roger & Rosenfeld's electronic mail system from kscott@unioncounsel.net to the email addresses set forth below.

On the following part(ies) in this action:

Zolman Construction and Development, Inc.
3417 Stacey Ct.
Mountain View, CA 94040

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 21, 2013, at Alameda, California.

/s/ *Karen Scott*
Karen Scott

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

EX PARTE APPLICATION TO CONTINUE CMC; [PROPOSED] ORDER
CASE NO. 12-cv-05658-JSW