BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
DANIEL BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bhinkle@unioncounsel.net

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>ZOLMAN CONSTRUCTION AND DEVELOPMENT, INC., a California Corporation,<br><br>Defendant. | No. 12-cv-05658-JSW<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANGEMENT CONFERENCE; (PROPOSED) ORDER** |

**TO: THE CLERK OF THE COURT AND DEFENDANT ZOLMAN CONSTRUCTION AND DEVELOPMENT, INC., A California Corporation:**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case Management Conference, currently scheduled for May 31, 2013 at 1:30 p.m., be continued for ninety days to allow the parties to resolve this matter informally.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
EX PARTE APPLICATION TO CONTINUE CMC; [PROPOSED] ORDER
CASE NO. 12-cv-05658-JSW

Plaintiffs filed the Complaint seeking an audit and unpaid contribution on November 5, 2012. Defendant was served by substituted service on November 14, 2012, for which proofs of service were filed with this Court on November 27, 2012. Although Defendant has not filed an Answer or other responsive pleading in this matter, Defendant has been communicating with Plaintiffs and has agreed to schedule an audit. Defendant has provided some of the materials needed for the audit, and document production is ongoing. Following the audit, the parties hope to fully resolve all of the issues in this matter without need for further proceedings. Given these facts, Plaintiffs request that the Case Management Conference be continued for ninety days in order to allow Plaintiffs to conduct the audit of Defendant's books and records, and for the parties to resolve any other issues.

The above stated facts are set forth in the accompanying Declaration of Daniel S. Brome in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated: May 28, 2013

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ *Daniel S. Brome*
  DANIEL S. BROME
  Attorneys for Plaintiffs

### [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Daniel S. Brome in Support of Ex Parte Application to Continue Case Management Conference, the Court ~~orders a continuance of~~ CONTINUES the Case Management Conference ~~for 90 days, or as soon thereafter as a court date is available. In addition, the Court orders:~~ to August 30, 2013 at 1:30 p.m.

Dated: May 29, 2013

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

131433/718818

2

EX PARTE APPLICATION TO CONTINUE CMC; [PROPOSED] ORDER
CASE NO. 12-cv-05658-JSW

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001