1  BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  DANIEL  BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501
Telephone  (510) 337-1001
5  Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
6

7  Attorneys for Plaintiffs

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  THE BOARD OF TRUSTEES, in their capacities         No. 12-cv-05658-JSW
as Trustees of the LABORERS HEALTH AND
12  WELFARE TRUST FUND                                 **EX PARTE APPLICATION FOR
FOR NORTHERN CALIFORNIA; LABORERS           CONTINUANCE OF CASE
13  VACATION-HOLIDAY TRUST FUND FOR            MANAGEMENT CONFERENCE;
NORTHERN CALIFORNIA; LABORERS               (PROPOSED) ORDER**
14  PENSION TRUST FUND FOR NORTHERN
CALIFORNIA; and LABORERS TRAINING
15  AND RETRAINING TRUST FUND FOR
NORTHERN CALIFORNIA,
16

17                  Plaintiffs,

18         v.

19  ZOLMAN CONSTRUCTION AND
DEVELOPMENT, INC., a California
20  Corporation,

21                  Defendant.

22  **TO:  THE CLERK OF THE COURT AND DEFENDANT ZOLMAN CONSTRUCTION

23  AND DEVELOPMENT, INC., A California Corporation:**

24         Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case

25  Management Conference, currently scheduled for August 30, 2013 at 1:30 p.m., be continued for

26  sixty days to allow the parties to attempt to resolve this matter informally.

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

EX PARTE APPLICATION TO CONTINUE CMC; (PROPOSED) ORDER
CASE NO. 12-cv-05658-JSW

1    Plaintiffs filed the Complaint seeking an audit and unpaid contribution on November 5,

2  2012.  Defendant was served by substituted service on November 14, 2012, for which proofs of

3  service were filed with this Court on November 27, 2012.  Although Defendant has not filed an

4  Answer or other responsive pleading in this matter, Defendant has been communicating with

5  Plaintiffs and has allowed an audit.  Defendant has provided materials needed for the audit, and

6  the audit department's review of these records is partially complete.  At this time, Plaintiffs

7  believe that the audit will show that Defendant owes additional contributions, although the

8  precise amount has not been finally resolved.  Following the audit, the parties hope to fully

9  resolve all of the issues in this matter without need for further proceedings.  Given these facts,

10  Plaintiffs request that the Case Management Conference be continued for sixty days in order to

11  allow Plaintiffs to complete the audit of Defendant's books and records, and for the parties to

12  resolve any other issues.

13    The above stated facts are set forth in the accompanying Declaration of Daniel S. Brome

14  in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

15

16  Dated: August 23, 2013

17    WEINBERG, ROGER & ROSENFELD
       A Professional Corporation

18

19    By: _/s/ Daniel S. Brome_____
       DANIEL S. BROME

20    Attorneys for Plaintiffs

21

22  [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

23    Based upon the foregoing Ex Parte Application for Continuance of Case Management

24  Order and Declaration of Daniel S. Brome in Support of Ex Parte Application to Continue Case

25  Management Conference, the Court orders a continuance of the Case Management Conference

for 60 days, or as soon thereafter as a court date is available.  In addition, the Court orders:

26  to November 8, 2013.  A Joint Case Management Statement shall be due on November 1, 2013.

27  Dated:  August 26, 2013

28    HONORABLE JEFFREY S. WHITE
       United States District Judge

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

EX PARTE APPLICATION TO CONTINUE CMC; [PROPOSED] ORDER
CASE NO. 12-cv-05658-JSW