IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, | |
|     Plaintiff, | No. C 12-05658 JSW |
|   v. | |
| ZOLMAN CONSTRUCTION AND DEVELOPMENT, INC., | **ORDER TO SHOW CAUSE** |
|     Defendant. / | |

By order dated August 26, 2013, this Court set the case management conference for November 8, 2013, and required personal appearances by counsel. On Friday, November 8, 2013, this Court held the initial case management conference in this matter. Paul V. Simpson, counsel for Defendant Zolman Construction and Development, Inc. did not appear.

Accordingly, Counsel is HEREBY ORDERED TO SHOW CAUSE in writing as to why the Court should not impose monetary sanctions on him in the amount of $500.00. The response to this Order to Show Cause shall be due by November 18, 2013.

**IT IS SO ORDERED.**

Dated: November 12, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE