IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, <br><br> Plaintiff, <br><br> v. <br><br> ZOLMAN CONSTRUCTION AND DEVELOPMENT, INC., <br><br> Defendant. | No. C 12-05658 JSW <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE AND IMPOSING SANCTIONS** |

By order dated August 26, 2013, this Court set the case management conference for November 8, 2013, and required personal appearances by counsel. On Friday, November 8, 2013, this Court held the initial case management conference in this matter. Paul V. Simpson, counsel for Defendant Zolman Construction and Development, Inc. did not appear.

Accordingly, on November 12, 2013, counsel was ordered to show cause as to why the Court should not impose monetary sanctions on him in the amount of $500.00. The Court received counsel's response on November 18, 2013 and finds the failure to attend the case management conference unjustified. Accordingly, counsel is sanctioned in the amount of $250 for failure to comply with this Court's orders. Counsel shall pay sanctions to the Clerk of the Court by no later than December 9, 2013.

**IT IS SO ORDERED.**

Dated: December 2, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case3:12-cv-05658-JSW Document24 Filed12/02/13 Page2 of 2