United States District Court

For the Northern District of California

1
2
3
4
5
6         IN THE UNITED STATES DISTRICT COURT
7
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9 THE BOARD OF TRUSTEES,
10       Plaintiff,                   No. C 12-05658 JSW
11   v.
12 ZOLMAN CONSTRUCTION AND       **ORDER DISCHARGING ORDER**
   DEVELOPMENT, INC.,             **TO SHOW CAUSE AND**
13                                   **IMPOSING SANCTIONS**
         Defendant.
14 _____/
15
16      By order dated August 26, 2013, this Court set the case management conference for
17 November 8, 2013, and required personal appearances by counsel.  On Friday, November 8,
18 2013, this Court held the initial case management conference in this matter.  Paul V. Simpson,
19 counsel for Defendant Zolman Construction and Development, Inc. did not appear.
20      Accordingly, on November 12, 2013, counsel was ordered to show cause as to why the
21 Court should not impose monetary sanctions on him in the amount of $500.00.  The Court
22 received counsel's response on November 18, 2013 and finds the failure to attend the case
23 management conference unjustified.  Accordingly, counsel is sanctioned in the amount of $250
24 for failure to comply with this Court's orders.  Counsel shall pay sanctions to the Clerk of the
25 Court by no later than December 9, 2013.
        **IT IS SO ORDERED.**
26
27
28 Dated: December 2, 2013                                      

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE